# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | |
| Violation Number: **6188757** | Officer Name (Print): **BOISVERT, JACK** | Officer No.: **Y244** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): **05/12/2021 1:30 PM**
Offense Charged: ☐ CFR ☑ USC ☐ State Code — **TITLE 18 USC SECTION 13(4)**
Place of Offense: **NAVAL AIR STATION NORTH ISLAND CORONADO, CA 92118 BUILDING 1401 (NAVY LODGE)**
Offense Description: Factual Basis for Charge: **SIMPLE ASSAULT**
HAZMAT ☐

6188757

**DEFENDANT INFORMATION**
Phone: (619) 491-6710
Last Name: **VALLECILLO RAMIREZ** — First Name: **JUAN J**
Street Address: **358 E. SAN YSIDRO**
[redacted]

Tag No.: **8MTD030** | State: **CA** | Year: **99** | Make/Model: **GMC/VAN** | Color: **WHT**

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: **333 W. BROADWAY SAN DIEGO, CA 92101**
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 06/24/2021 13:43

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **12 MAY**, 20**21** while exercising my duties as a law enforcement officer in the **CORONADO** District of **SAN DIEGO**

I, MA' BOISVERT WAS DISPATCHED TO THE NAVY LODGE ON BOARD NAVAL AIR STATION NORTH ISLAND, ON A CALL IN REPORT OF VIOLENCE IN THE WORK PLACE. UPON ARRIVAL I MET WITH THE VICTIM CRUZ, JOSE TANAWA-NGCO II. CRUZ STATED AT 1080 A.M HE WAS WALKING INTO HIS SHOP BEHIND VALLECILLO JUAN RAMIREZ WHEN VALLECILLO TURNED AND ELBOWED CRUZ IN THE STOMACH, AND BEGAN TO APPROACH CRUZ WITH A GARDENING TOOL. CRUZ STATED HE FEARED FOR HIS LIFE. UPON FURTHER INVESTIGATION OF THE SUSPECT, VALLECILLO ADMITTED TO ELBOWING CRUZ IN THE STOMACH. VALLECILLO WAS APPREHENDED AND CHARGED WITH SIMPLE ASSAULT.

The foregoing statement is based upon:
☐ my personal observation ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/12/2021** Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) — U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/24/2021 13:43